SCHRATWIESER FIRE PROOF CONSTRUCTION COMPANY, Respondent, *v.* WILLIAM F. KENNY COMPANY, Appellant.

*Schratwieser Fire Proof Constr. Co.* v. *Kenny Co.*, 144 App. Div. 909, affirmed.

(Submitted October 31, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for services alleged to have been rendered.

*Thomas H. Beardsley* for appellant.

*Joseph N. Tuttle* and *Jeremiah J. Coughlan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.  Absent: CULLEN, Ch. J.